ROCKWELL, KELLY & DUARTE, LLP
By: Jeffrey R. Duarte
State Bar No 186190
P.O. Box 0142
Modesto, CA  95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL VILLAVICENCIO, | Case No.:   1:15-CV-00082-SMS |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time by 29 days, to July 31, 2015, for plaintiff to serve plaintiff's letter brief on respondent.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly

///

///

///

///

-1-

This is plaintiff's first request for an extension of time.  Due to plaintiff's attorney's attendance at a California Applicants Attorneys Association conference and a heavy trial workload, plaintiff's attorney needs additional time to further review the file and prepare the letter brief.

                                                    Respectfully submitted,

Dated:  June 29, 2015                      By:  */s/ Jeffrey R. Duarte*
                                                  Jeffrey R. Duarte
                                                  Attorney for Plaintiff

Dated:  June 29, 2015                      Benjamin Wagner
                                                  United States Attorney

                                                  By: */s/ Dennis J. Hanna*
                                                  (As authorized via email)
                                                  Dennis J. Hanna
                                                  Special Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: <u>6/29/2015</u>                          <u>/s/ SANDRA M. SNYDER</u>
                                            UNITED STATES MAGISTRATE JUDGE