1  ROCKWELL, KELLY & DUARTE, LLP
2  By: Jeffrey R. Duarte
   State Bar No 186190
3  P.O. Box 0142
   Modesto, CA  95353
4  Phone (209) 521-2552
   Fax: (209) 526-7898
5  Attorneys for Plaintiff
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10
11 MICHAEL VILLAVICENCIO,        ) Case No.:  1:15-CV-00082-SMS
                                 )
                                 ) STIPULATION AND ORDER
12            Plaintiff,         ) TO EXTEND TIME
                                 )
13       vs.                     )
                                 )
14 COMMISSIONER OF SOCIAL SECURITY, )
                                 )
15            Defendant          )
16
17      IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the
18 Court, to extend the time by 45 days, to November 15, 2015, for plaintiff to file and serve
19 plaintiff's opening brief.
20      The parties further stipulate that the Court's Scheduling Order shall be modified
21 accordingly
22 ///
23 ///
24 ///
25 ///

Due to plaintiff's attorney's trial workload, attendance at a California Applicants Attorneys Association Chapter President retreat and a NOSSCR conference, plaintiff's attorney needs additional time to further review the file and prepare the opening brief.

                                                 Respectfully submitted,

Dated:  September 18, 2015        By: */s/ Jeffrey R. Duarte*
                                                 Jeffrey R. Duarte
                                                 Attorney for Plaintiff

Dated:  September 18, 2015        Benjamin Wagner
                                                 United States Attorney

                                               By: */s/ Francisco Benavides*
                                               (As authorized via email)
                                               Francisco Benavides
                                               Assistant Regional Counsel

                                                    ORDER

IT IS SO ORDERED.

    Dated:  **September 21, 2015**                    **/s/ Sandra M. Snyder**
                                                     UNITED STATES MAGISTRATE JUDGE